| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | AARON D. WEGNER (CABN 243809)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay St., 3rd Floor<br>Oakland, California 94612<br>Telephone: (510) 637-3740 |
| 7 | Fax: (510) 637-3724<br>E-Mail: aaron.wegner@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO: CR 14-00487 JST |
| Plaintiff, | )<br>)<br>) | STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR |
| v. | )<br>) | UNITED STATES' APPEAL OF RELEASE ORDER |
| JOHN MOLI, JR., | ) | |
| Defendant. | )<br>) | |

The parties hereby stipulate and agree to the following briefing schedule for the United States' appeal of the Order of Magistrate Judge Donna M. Ryu granting pre-trial release on a $50,000 unsecured bond to defendant John Moli, Jr. The United States will file its appeal no later than 5:00 p.m on November 14, 2014. The defendant will file his response to the government's appeal no later than 5:00 p.m. on November 18, 2014. The parties jointly request that the Court hold a hearing on the appeal on November 21, 2014, at 2:00 p.m. The parties have agreed to the briefing schedule detailed above because the parties are working towards a resolution of the case. The defendant agrees to remain in the custody of the United States Marshal until the appeal is resolved.

///

STIP and PROPOSED ORDER
CR 14-00487 JST

1 | IT IS SO STIPULATED:

3 | DATED: October 16, 2014              /s/
ROBERT BELES
Attorney for Defendant Moli

6 | DATED: October 16, 2014              /s/
AARON D. WEGNER
Assistant United States Attorney

8 | IT IS SO ORDERED.

10 | DATED: October 17, 2014              [signature]
HON. JON S. TIGAR
United States District Judge

STIP and ~~PROPOSED~~ ORDER
CR 14-00487 JST